April 3, 1939

**No. 4556.—** —*Judelowich &* *Bader* v. *United States.* Entered at New York. Reap. Dec. 4531. Motion by plaintiffs.